**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Ramon Hernandez-Nunez,

    Petitioner,

              v.                                              Case No. 1:08cv733

Warden, Ross Correctional Institution,          Judge Michael R. Barrett

    Respondent.

## **ORDER**

       This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 10, 2009 (Doc. 18).

       Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

       Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

       Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Respondent's Motion to Dismiss (Doc. 16 is **GRANTED**; and this matter is dismissed consistent with the opinion of the Magistrate Judge; and Petitioner's Motion for Summary Judgment (Doc. 14) is **DENIED**.

       A certificate of appealability should not issue with respect to petitioner's claims for relief under the applicable two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). With respect to any application by petitioner to proceed on appeal in *forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any

Order adopting this Report and Recommendation would not be taken in "good faith," and therefore **DENIES** petitioner leave to appeal in *forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court